IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Rosie Gholson, | : |
| | : Civil Action No.: 1:14-cv-08405 |
| Plaintiff, | : |
| v. | : Hon. John W. Darrah |
| | : |
| Caribbean Cruise Line, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against all Defendants with prejudice, with each party to bear its own attorney's fees and costs.

| Rosie Gholson | Caribbean Cruise Line, Inc. |
|---|---|
| /s/ *Sergei Lemberg* | /s/ *Jeffrey A. Backman* |
| Sergei Lemberg, Esq. | Richard W. Epstein, Esq. |
| LEMBERG LAW, LLC | Fla. Bar No. 229091 |
| 1100 Summer Street, 3rd Floor | Jeffrey A. Backman, Esq. |
| Stamford, CT 06905 | Fla. Bar No. 662501 |
| (203) 653-2250 | GREENSPOON MARDER, P.A. |
| *Attorney for Plaintiff* | 200 East Broward Boulevard, Suite 1800 |
| | Fort Lauderdale, FL 3330 |
| | (954) 491-1120 |
| | *ADMITTED PRO HAC VICE* |
| | |
| | Timothy A. Hudson |
| | TABET DIVITO & ROTHSTEIN, LLC |
| | 209 S. LaSalle St., Suite 700 |
| | Chicago, IL 60604 |
| | (312) 762-9450 |
| | |
| | *Attorneys for Defendant* |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 20, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Illinois Electronic Document Filing System (ECF), which sent notice to the following parties:

Timothy A. Hudson
TABET DIVITO & ROTHSTEIN, LLC
209 S. LaSalle St., Suite 700
Chicago, IL 60604

Richard W. Epstein, Esq.
Jeffrey A. Backman, Esq.
GREENSPOON MARDER, P.A.
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, FL 3330
*Attorneys for Defendant*

                                                      By: /s/ Sergei Lemberg
                                                            Sergei Lemberg