## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Rosie Gholson

                                        Plaintiff,

v.                                                           Case No.: 1:14–cv–08405
                                                                      Honorable John W. Darrah

Caribbean Cruise Line, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 13, 2016:

       MINUTE entry before the Honorable John W. Darrah: A STIPULATION of Dismissal With Prejudice having been filed, this case is hereby closed. Pretrial conference set for 6/15/16 and jury trial set for 6/20/16 is vacated. Civil case terminated. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.